# Order

Michigan Supreme Court
Lansing, Michigan

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143217

ATIBA MERIWEATHER,

      Plaintiff,

v

                                     SC: 143217
                                     AGC: 0850-11

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to provide to the Court a certified copy of institutional account as required by MCL 600.2963 (1), the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
                            Clerk

jam